**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**
_____

**PPC BROADBAND, INC.,**

                    **Plaintiff,**                5:11-cv-761
                                                          (GLS/DEP)
                        v.

**CORNING OPTICAL
COMMUNICATIONS RF, LLC,**

                    **Defendant.**
_____

## ORDER

In its November 3, 2016 Memorandum-Decision and Order, the court directed the parties to jointly calculate prejudgment interest consistent with its order. (Dkt. No. 526 at 34.) In response, the parties submitted a joint letter indicating that plaintiff PPC Broadband, Inc. is also entitled to supplemental damages for the additional sales of the infringing products sold from April 1, 2015 through December 18, 2015, in the amount of $1,607,844. (Dkt. No. 527 at 1.) The court agrees. Therefore, the total compensatory award is $25,457,844, reflecting the jury's award and the supplemental damages. The parties agree, and the court concurs, that prejudgment interest on the total compensatory award is $10,423,628. (Dkt. No. 527 at 1.)

The parties dispute whether PPC is entitled to double enhanced damages on its supplemental award. (*Id.* at 1-2.) Finding no reason to treat supplemental damages differently, the court, consistent with its prior decision, also doubles the supplemental damages. See 35 U.S.C. § 284.

**ACCORDINGLY**, it is hereby

**ORDERED** that PPC is entitled to $1,607,844 in supplemental damages; and it is further

**ORDERED** that the supplemental damages award is doubled; and it is further

**ORDERED** that PPC is entitled to $10,423,628 in prejudgment interest; and it is further

**ORDERED** that the Clerk enter judgment for PPC consistent with this order, the court's November 3, 2016 Memorandum-Decision and Order (Dkt. No. 526), and the jury's July 23, 2015 verdict (Dkt. No. 358); and it is further

**ORDERED** that the Clerk provide a copy of this Order to the parties.

**IT IS SO ORDERED.**

November 18, 2016
Albany, New York

Gary L. Sharpe
U.S. District Judge